## BEFORE THE UNTIED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE NATIONAL COLLEGIATE | ) | |
| ATHLETIC ASSOCIATION STUDENT- | ) | **MDL Docket No.: 2492** |
| ATHLETE CONCUSSION INJURY | ) | |
| LITIGATION | ) | |
|  | ) | |

### AMENDED PROOF OF SERVICE

I, Mark S. Mester, certify that on June 30, 2016, a true and correct copy of the Notice Of

Potential Tag-Along Action and Proof of Service was filed through the ECF system, and served

upon the following parties and upon the clerk for each district court in which an action is

pending by prepaid first class mail:

### Arrington, et al. v. NCAA,
### Case Nos. 1:11-cv-06356 and 1:11-cv-06816 (N.D. Ill.)

*Counsel for Plaintiffs Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon*:

Joseph J. Siprut
Gregg Michael Barbakoff
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
Telephone: 312-236-0000
Facsimile: 312-878-1342

Elizabeth A. Fegan
Daniel J. Kurowski
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Telephone: 708-628-4949
Facsimile: 708-628-4950

Steve W. Berman
Nicholas J. Styant-Browne
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-7292

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S Mester
Johanna M. Spellman
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

J. Christian Word
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202-637-2200
Facsimile:  202-637-2200

*Counsel for Intervenor Plaintiffs Frank Moore and Anthony Nichols:*

Jay Edelson
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

Steven Lezell Woodrow
EDELSON PC
999 18th Street. Suite 3000
Denver, CO 80203
Telephone:  303-357-4878
Facsimile:  312-589-6378

<u>**Walker, et al. v. NCAA,**</u>
**Case No. 1:13-cv-00293-CLC-WBC (E.D. Tenn.)**

*Counsel for Plaintiffs Chris Walker, Ben Martin and Dan Ahern:*

Renae D. Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:  612-338-4605
Facsimile:  612-338-4605

Gordon Ball
LAW OFFICES OF W. GORDON BALL
550 Main Street, Suite 601
Knoxville, TN 37902
Telephone:  865-525-7028
Facsimile:  865-525-4679

Mark J. Feinberg
Shawn D. Stuckey
Michael R. Cashman
ZELLE HOFMANN VOELBEL & MASON
LLP
500 Washington Avenue, South, Suite 4000
Minneapolis, MN 55415
Telephone:  612-339-2020
Facsimile:  612-336-9100

Michael D. Hausfeld
Richard S. Lewis
Mindy B. Pava
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Telephone:  202-540-7200
Facsimile:  202-540-7201

Daniel S. Mason
ZELLE HOFMANN VOELBEL & MASON
LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  415-633-0700
Facsimile:  415-693-0770

W. Mark Lanier
Eugene R. Egdorf
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Telephone:  713-659-5200
Facsimile:  713-659-2204

Timothy J. McIlwain
TIMOTHY J. MCILWAIN, ATTORNEY AT
LAW, LLC
89 River Street #1538
Hoboken, NJ 07030
Telephone:  877-375-9599
Facsimile:  609-450-7017

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: 267-519-8306
Facsimile: 973-623-0858

Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:  612-341-0844

Joseph J. DePalma
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone:  973-623-3000
Facsimile:  973-623-0858

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:  504-410-2795
Facsimile:  504-410-2796

Katrina Carroll
LITE DEPALMA GREENBERG, LLC
211 West Wacker Drive, Suite 500
Chicago, IL 60606
Telephone:  312-750-1265
Facsimile:  973-877-3845

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

Roger W. Dickson
Kyle W. Eiselstein
C. Crews Townsend
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
Telephone: 423-785-8330
Facsimile: 423-321-1516

J. Christian Word
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202-637-2200
Facsimile:  202-637-2200

*Counsel for Interested Parties Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon:*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  206-623-7292
Facsimile:  206-623-7292

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Telephone:  708-628-4949
Facsimile:  708-628-4950

Joseph J. Siprut
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
Telephone:  312-236-0000
Facsimile:  312-878-1342

J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615-254-8801
Facsimile: 615-250-3937

### DuRocher, et al. v. NCAA, et al.,
### Case No. 1:13-cv-01570-SEB-DML (S.D. Ind.)

*Counsel for Plaintiffs John DuRocher, Darin Harris and Anthony Mirando:*

Irwin B. Levin
Richard E.Shevitz
Scott D. Gilchrist
Lynn A.Toops
Vess Allen Miller
COHEN & MALAD, LLP
One Indiana Square,Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: 663-834-9168
Facsimile: 662-834-2628

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415-956-1000
Facsimile:  415-956-1008

James R. Dugan, II
David B. Franco
Douglas R. Plymale
Chad Primeaux
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA  70130
Telephone: 504-648-0180
Facsimile: 504-648-0181

Douglas Gill
DOUGLAS H. GILL & ASSOCIATES
602 7th Avenue South
Seattle, WA 98104
Telephone: 253-691-0197

Wendy Ruth Fleishman
LIEFF CABRASHER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1414
Telephone:  212-355-9500
Facsimile:  212-355-9592

*Counsel for Defendant National Collegiate Athletic Association:*

Kathy L. Osborn
Ryan M. Hurley
Daniel E. Pulliam
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Facsimile: 317-237-1000

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

*Counsel for Defendants Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton Bell Sports, LLC, EB Sports Corporation and RBG Holdings Corporation:*

Paul Cereghini
BOWMAN & BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: 602-643-2300
Facsimile: 602-248-0947

Cary A. Slobin
BOWMAN & BROOKE LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: 972-616-1700
Facsimile: 971-616-1701

Randall R. Riggs
Joshua B. Fleming
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: 317-237-3946
Facsimile: 317-237-3900

Robert Latane Wise
BOWMAN AND BROOKE LLP
901 E. Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: 804-819-1134

*Counsel for Defendant Kranos Corporation:*

James L. Petersen
Christina Laun Fugate
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Telephone: 317-236-2374
Facsimile: 317-592-4654

Daniel J. Kain
Scott Toomey
LITTLETON JOYCE UGHETTA PARK & KELLY LLP
201 King of Prussia Road, Suite 220
Radnor, PA 19807
Telephone: 494-254-6220
Facsimile: 484-254-6221

**Doughty v. NCAA,**
**Case No. 3:13-cv-02894-JFA (D.S.C.)**

*Counsel for Plaintiff Stanley Doughty:*

| | |
|---|---|
| John S. Nichols | Chris T. Hellums |
| John C. Newton | PITTMAN DUTTON & HELLUMS |
| BLUESTEIN, NICHOLS, THOMPSON & | 1100 Park Place Towers |
| DELGADO, LLC | 2001 Park Place North |
| 1614 Taylor Street | Birmingham, AL 35203 |
| P.O. Box 7965 | Telephone:  205-322-8880 |
| Columbia, SC 29202 | Facsimile:  205-328-2711 |
| Telephone:  803-779-7599 | |
| Facsimile: 803-779-8995 | |

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| John E. Cuttino | Mark S. Mester |
| GALLIVAN, WHITE & BOYD, P.A. | LATHAM & WATKINS LLP |
| 1201 Main Street, Suite 1200 | 330 North Wabash Avenue, Suite 2800 |
| Columbia, SC 29201 | Chicago, IL 60611 |
| Telephone:  803-724-1714 | Telephone:  312-876-7700 |
| Facsimile:  803-779-1767 | Facsimile:  312-993-9767 |

**Powell v. NCAA,**
**Case No. 4:13-cv-01106-JTM (W.D. Mo.)**

*Counsel for Plaintiff Christopher M. Powell:*

| | |
|---|---|
| Edward D. Robertson , Jr. | James P. Frickleton |
| BARTIMUS, FRICKLETON, ROBERTSON | Michael C. Rader |
| & GORNY | BARTIMUS, FRICKLETON, ROBERTSON |
| 715 Swifts Highway | & GORNY |
| Jefferson City, MO 65109 | 11150 Overbrook Drive, Suite 200 |
| Telephone:  573-659-4454 | Leawood, KS 66211 |
| Facsimile: 573-659-4460 | Telephone:  913-266-2300 |
| | Facsimile:  913-266-2366 |

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| William C. Odle | Mark S. Mester |
| Lucinda H. Luetkemeyer | LATHAM & WATKINS LLP |
| SPENCER, FANE, BRITT & BROWNE LLP | 330 North Wabash Avenue, Suite 2800 |
| 1000 Walnut Street, Suite 1400 | Chicago, IL 60611 |
| Kansas City, MO 64106-2140 | Telephone:  312-876-7700 |
| Telephone:  816-474-8100 | Facsimile:  312-993-9767 |
| Facsimile:  816-474-3216 | |

**Caldwell, et al. v. NCAA,**
**Case No. 1:13-cv-03820 (N.D. Ga.)**

*Counsel for Plaintiffs Jerry Caldwell and Johnny Brown:*

Roger W. Orlando
Omar Mark Zamora
ORLANDO FIRM
Suite 400
315 East Ponce de Leon
Decatur, GA 30030
Telephone:  404-373-1800
Facsimile:  404-373-5421

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Morgan, et al. v. NCAA,**
**Case No. 0:13-cv-03174 (D. Minn.)**

*Counsel for Plaintiffs Paul Morgan, Cliff Deese and Joseph Balthozor:*

James C. Selmer
Marc M. Berg
JAMES C SELMER & ASSOCIATES, PA
500 Washington Avenue S, Suite 2010
Minneapolis, MN 55415
Telephone:  612-338-6005
Facsimile: 612-338-4120

*Counsel for Defendant National Collegiate Athletic Association:*

Christine R. M. Kain
Daniel J. Connolly
FAEGRE BAKER DANIELS LLP
90 S 7th Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone:  612-766-8743
Facsimile: 612-766-1600

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Walton, et al. v. NCAA,**
**Case No. 2:13-cv-02904 (W.D. Tenn.)**

*Counsel for Plaintiffs John Walton and William Clark Stevenson:*

Gerald F. Easter
GERALD F. EASTER, ATTORNEY AT LAW
369 North Main Street
Memphis, TN 38103
Telephone:  901-575-9998
Facsimile:  901-527-5003

*Counsel for Defendant National Collegiate Athletic Association:*

Charles Silvestri Higgins
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone:  423-785-8330
Facsimile:  423-321-1516

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Washington, et al. v. NCAA,**
**Case No. 4:13-cv-02434 (E.D. Mo.)**

*Counsel for Plaintiffs Sharron D. Washington and Anthony Vanzant:*

Thayer L. Weaver
TLW AND ASSOCIATES, LLC
3216 Locust
St. Louis, MO 63103-1207
Telephone:  314-531-4747
Facsimile:  314-531-4749

Daniel T. DeFeo
THE DEFEO LAW FIRM, P.C.
924 Main Street
Lexington, MO 64067
Telephone:  660-259-9806
Facsimile:  660-259-9809

*Counsel for Defendant National Collegiate Athletic Association:*

Denise M. Portnoy
SPENCER FANE BRITT & BROWNE LLP
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
Telephone:  913-345-8100
Facsimile:  913-345-0736

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Hudson v. NCAA,**
**Case No. 5:13-cv-00398 (N.D. Fla.)**

*Counsel for Plaintiff Ray Hudson:*

J. Matthew Stephens
MCCALLUM METHVIN & TERRELL PC
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:  205-939-0199
Facsimile:  205-939-0399

Robert M. Foote
FOOTE, MIELKE, CHAVEZ & O'NEIL LLC
10 West State Street, #200
Geneva, IL 60134
Telephone:  630-232-7450

Chris T. Hellums
PITTMAN, DUTTON & HELLUMS
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
Telephone:  205-322-8880
Facsimile:  205-328-2711

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Wolf v. NCAA,**
**Case No. 1:14-cv-01268 (N.D. Ill.)**

*Counsel for Plaintiffs Abram Robert Wolf, Sean Sweeney, Natalie Kay Harada, Rachel Dianne Harada, Jim O'Connor, Brett Sweeney, and Brett Christensen:*

William T. Gibbs
Philip Harnett Corboy, Jr.
CORBOY & DEMETRIO
33 N. Dearborn Street, Suite 2100
Chicago, IL 60602
Telephone:  312-346-5562
Facsimile:  312-346-5562

Elizabeth A. Fegan
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake St., Suite 400
Oak Park, IL 60301
Telephone:  708-628-4950
Facsimile:  708-628-4950

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  206-623-7292

J. Barton Goplerud
HUDSON, MALLANEY, SHINDLER &
ANDERSON, P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265
Telephone:  515-223-8887
Facsimile:  515-223-8887

9

David Freydin
Timothy Scott
LAW OFFICES OF DAVID FREYDIN LTD
4433 West Touhy Avenue, Suite 405
Lincolnwood, IL 60712
Telephone:  847-630-3122

Timothy A. Scott
LAW OFFICES OF DAVID FREYDIN LTD
8707 Skokie Boulevard, Suite 305
Skokie, IL 60077
Telephone:  847-972-6157

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

## Nichols v. NCAA
## Case No. 1:14-cv-00962 (N.D. Ill.)

*Counsel for Plaintiff Anthony Nichols:*

Jay Edelson, Rafey Balabanian,
Ari J. Scharg, Mark S. Eisen
EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., Suite 3100
Chicago, IL 60602
Telephone:  312-899-9090
Facsimile:  312-251-1160

Brian W. Coffman
COFFMAN LAW OFFICES
2615 North Sheffield Avenue
Chicago, IL 60614
Telephone:  773-348-1295
Facsimile:  773-248-6013

Richard R. Gordon
GORDON LAW OFFICES, LTD.
211 W. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone:  312-332-5200
Facsimile:  312-236-7727

Steven K. Mamat
STEVEN MAMAT, PLLC
302 S. Main St., Suite 202
Royal Oak, MI 48067
Telephone:  248-548-1009
Facsimile:  248-548-1012

Samuel M. Lasser
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero St.
San Francisco, CA 94115
Telephone:  415-994-9930
Facsimile:  415-776-8047

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

## Jackson v. NCAA
### Case No. 1:14-cv-02103 (E.D.N.Y.)

*Counsel for Plaintiff Joel Jackson:*

Gene Locks
Andrew P. Bell
LOCKS LAW FIRM PLLC
800 Third Avenue, 11th Floor
New York, NY 10022
Telephone: 212-838-3333
Facsimile: 212-838-3735

David D. Langfitt
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut St.
Philadelphia, PA 19106
Telephone: 215-893-3423
Facsimile: 215-893-3444

*Counsel for Defendant National Collegiate Athletic Association:*

Robert John Malionek
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: 212-906-1200
Facsimile: 212-751-4864

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

## Whittier v. NCAA
### Case No. 1:14-cv-00978 (W.D. Tex.)

*Counsel for Plaintiffs Mildred Whittier a/n/f and Attorney in Fact for Julius Whittier:*

Dwight E. Jefferson
COATS ROSE YALE RYMAN & LEE, P.C.
9 Greenway Plaza, Suite 1100
Houston, TX 77046
Telephone: 713-651-0111

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

## Cook v. PAC-12 Conference
### Case No. 3:16-cv-02630 (N.D. Cal.)

*Counsel for Plaintiff Daniel Lee Cook:*

Todd M. Logan
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone: 415-212-9300
Facsimile: 415-373-9435

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone: 844-456-4823
Facsimile: 713-554-9098

John Driscoll
THE DRISCOLL FIRM, P.C.
211 North Broadway, 40th Floor
St. Louis, MO 63102
Telephone:  314-932-3232

*PAC-12 Conference:*

Pac-12 Conference
360 3rd Street, 3rd Floor
San Francisco, California 94107


*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

### Griffin v. Big Ten Conference
### Case No. 1:16-cv-05986 (N.D. Ill.)

*Counsel for Plaintiff Raymond Griffin:*

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

*Big Ten Conference:*

Big Ten Conference
5440 Park Place
Rosemont, IL 60018

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

<u>**Hermann v. Se. Conference**</u>
**Case No. 2:16-cv-01042 (E.D. Cal.)**

*Counsel for Plaintiff Ronald W. Hermann, II:*

| | |
|---|---|
| Todd M. Logan | Jeff Raizner |
| EDELSON PC | RAIZNER SLANIA LLP |
| 329 Bryant Street | 2402 Dunlavy Street |
| San Francisco, CA 94107 | Houston, TX 77006 |
| Telephone:  415-212-9300 | Telephone:  844-456-4823 |
| Facsimile:  415-373-9435 | Facsimile:  713-554-9098 |
| John Driscoll | |
| THE DRISCOLL FIRM, P.C. | |
| 211 North Broadway, 40th Floor | |
| St. Louis, MO 63102 | |
| Telephone:  314-932-3232 | |

*Southeastern Conference:*

Southeastern Conference
2201 Richard Arrington Jr. Blvd. North,
Birmingham, AL 35203

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Lee v. Duke Univ.**
**Case No. 1:16-cv-01411 (S.D. Ind.)**

*Counsel for Derrick Lee:*

William Winingham
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Telephone:  317-920-6400
Facsimile:  317-920-6405

Rafey S. Balabanian
Todd M. Logan
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

*Duke University:*

Duke University
2138 Campus Drive, Box 90586
Durham, NC 27708

*Atlantic Coast Conference:*

Atlantic Coast Conference
4512 Weybridge Lane
Greensboro, NC  27407

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Miller v. Se. Conference**
**Case No. 1:16-cv-01222 (S.D. Ind.)**

*Counsel for Plaintiff Joseph Miller:*

Jay Edelson
Benjamin H. Richman
Benjamin S. Thomassen
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

John Driscoll
THE DRISCOLL FIRM, P.C.
211 North Broadway, 40th Floor
St. Louis, MO 63102
Telephone:  314-932-3232

William Winingham
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Telephone:  317-920-6400
Facsimile:  317-920-6405

Rafey S. Balabanian
Todd M. Logan
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

*Counsel for Southeastern Conference:*

Robert W. Fuller
ROBINSON BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone:  704-377-8324
Facsimile:  704-373-3924

Todd G. Relue
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
Telephone:  317-637-0700
Facsimile:  317-968-0976

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Owens v. Se. Conference**
**Case No. 1:16-cv-01409 (S.D. Ind.)**

*Counsel for Plaintiff Orenthal James Owens*

William Winingham
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Telephone:  317-920-6400
Facsimile:  317-920-6405

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

Rafey S. Balabanian
Todd M. Logan
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

*Counsel for Southeastern Conference:*

Todd G. Relue
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
Telephone:  317-637-0700
Facsimile:  317-968-0976

Robert W. Fuller
ROBINSON BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone:  704-377-8324
Facsimile:  704-373-3924

*Counsel for Defendant National Collegiate Athletic Association*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Samuels v. Pa. State Univ.**
**Case No. 1:16-cv-05270 (N.D. Ill.)**

*Counsel for Plaintiffs Robert Samuels and Eric Ravotti:*

Jay Edelson
Benjamin H. Richman
Benjamin S. Thomassen
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

John Driscoll
THE DRISCOLL FIRM, P.C.
211 North Broadway, 40th Floor
St. Louis, MO 63102
Telephone:  314-932-3232

*The Pennsylvania State University:*

The Pennsylvania State University
201 Old Main
University Park, PA 16802

*Big Ten Conference:*

Big Ten Conference
5440 Park Place
Rosemont, IL 60018

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

## Seals v. W. Athletic Conference
### Case No. 2:16-cv-00412 (D. Utah)

*Counsel for Plaintiff Richard Seals:*

Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101
Telephone:  801-363-6363
Facsimile:  801-363-6666

Jay Edelson
Benjamin H. Richman
Benjamin S. Thomassen
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

John Driscoll
THE DRISCOLL FIRM, P.C.
211 North Broadway, 40th Floor
St. Louis, MO 63102
Telephone:  314-932-3232

Rafey S. Balabanian
Todd M. Logan
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

*Western Athletic Conference:*

Western Athletic Conference
9250 East Costilla Avenue, Suite 300
Englewood, CO 80112

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Strinko v. Big Ten Conference**
**Case No. 1:16-05988 (N.D. Ill.)**

*Counsel for Plaintiff Steve Strinko:*

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:  312-589-6370
Facsimile:  312-589-6378

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:  844-456-4823
Facsimile:  713-554-9098

*Big Ten Conference:*

Big Ten Conference
5440 Park Place
Rosemont, IL 60018


*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  312-876-7700
Facsimile:  312-993-9767

**Walthour v. Vanderbilt Univ.**
**Case No. 6:16-cv-00834 (M.D. Fla.)**

*Counsel for Plaintiff Brandon Walthour:*

David P. Healy
DUDLEY, SELLERS, HEALY & HEATH,
PLLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, FL 32309
Telephone:  850-222-5400
Facsimile:  850-222-7339

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, CA 94107
Telephone:  415-212-9300
Facsimile:  415-373-9435

Benjamin S. Thomassen
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

Jeff Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone: 844-456-4823
Facsimile: 713-554-9098

John Driscoll
THE DRISCOLL FIRM, P.C.
211 North Broadway, 40th Floor
St. Louis, MO 63102
Telephone: 314-932-3232

*Vanderbilt University:*

Vanderbilt University
305 Kirkland Hall
General Counsel
Nashville, TN 37240

*Counsel for Southeastern Conference:*

Todd G. Relue, Attorney No. 29053-49
PLEWS SHADLEY RACHER & BRAUN
LLP 1346 North Delaware Street Indianapolis,
IN 46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
trelue@psrb.com

T. Todd Pittenger, Esq.
Kelly J. H. Garcia, Esq.
AKERMAN LLP
P.O. Box 231 (32802-0231)
420 South Orange Avenue
Suite 1200
Orlando, FL 32801-4904
Email: Todd.Pittenger@akerman.com
Email: Kelly.Garcia@akerman.com

Robert W. Fuller
ROBINSON BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704-377-8324
Facsimile: 704-373-3924

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

*/s/  Mark S. Mester*
Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com